UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERHANU D. BEYENE,<br><br>                    Plaintiff,<br><br>    v.<br><br>CARYOLYN W. COLVIN Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C12-1835-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Berhanu D. Beyene seeks review of the denial of his Disability Insurance Benefits and Supplmental Security Income Benefits applications. Dkt. 3. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22. On remand, plaintiff may submit additional evidence and arguments. The ALJ will

- Reconsider the medical source opinions in the record, provide the weight accorded to those opinions, and if rejecting any of the opinions, provide legally adequate reasons for doing so.

- Reconsider plaintiff's residual functional capacity; and if necessary, obtain supplemental vocational expert testimony, solicit plaintiff's testimony, and issue a new decision.

REPORT AND RECOMMENDATION - 1

Aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 10th day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2