UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERHANU D. BEYENE,<br><br>                        Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                        Defendant. | Case No. C12-1835-RAJ<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The court has reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, recommending that the court grant the parties' stipulated motion to remand this case to the Social Secuirty Administration.  The court ADOPTS the R&R (Dkt. # 23), REMANDS this action to the Social Security Administration for further proceedings in accordance with the R&R.  The clerk shall enter judgment for Plaintiff and ensure that Judge Tsuchida receives notice of this order.

DATED this 11th day of April, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge